UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT ANDRION,

    Plaintiff,

v.                                                                                         Case No. 8:22-cv-1218-KKM-AAS

LINCOLN NATIONAL
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

    Plaintiff has failed to file a mediation notice in accordance with the Court's Scheduling Order (Doc. 13) and has failed to show good cause for these failures despite the Court repeatedly directing him to do so and warning that failure to show good cause for his failures would result in the action being dismissed without further notice. (Doc. 14; Doc. 15; Doc. 17; Doc. 19.) Mr. Andrion's lack of diligence in the prosecution of his claims and his repeated refusals to comply with Court orders is a clear pattern of delay that warrants dismissal. *See World Thrust Films, Inc. v. Int'l Fam. Ent., Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995) ("A district court has authority under Federal Rules of Civil Procedure 41(b) to dismiss actions for failure to comply with local rules.").

Accordingly, the following is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

2. The Clerk is **DIRECTED** to terminate any pending motions or deadlines, enter judgment in favor of Defendant, and close this case.

**DONE AND ORDERED** at Tampa, Florida, on October 20, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record